**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

LOANCARE, LLC,

Plaintiff,

-against-

26 **CIVIL** 4783 (JPO)

# JUDGMENT

TATA AMERICA INTERNATIONAL CORPORATION and TATA CONSULTANCY SERVICES LIMITE.,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 23, 2026 and Order dated November 17, 2026, TCS's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

November 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**